UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
No. 2:03-CR-1-1BO
No. 2:11-CV-72-BO

| | |
|---|---|
| JARVIS LEE BRYANT, <br>     Petitioner, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br>     Respondent. | ) <br> ) <br> ) <br> )    O R D E R <br> ) <br> ) <br> ) |

For good cause having been shown upon the Motion of the Respondent, it is hereby ORDERED that Government's response, filed February 16, 2012, is accepted as timely.

This the __19__ day of February, 2012.

_____
TERRENCE W. BOYLE
United States District Judge